AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
03/05/13
Clerk, U.S. District Court
Western District of Texas

by: J. BEJARANO
Deputy

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:13-M -00906(1) - NJG |
| | § | |
| (1) Juan Manuel Armenta Rodriguez | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 03, 2013** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) being an alien to the United States, enter, attempt to enter, and was found in the United States after having been previously excluded, deported, and removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title ____**8**____ **Unit**ed States Code, Section(s) ____**1326**____

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Juan Manuel ARMENTA RODRIGUEZ, an alien to the United States and a citizen of Mexico was found in the United States on March 3, 2013 in Fort Hancock, Texas in the Western District of Texas. From statements made by the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant

March 05, 2013
Date

at EL PASO, Texas
City and State

NORBERT J GARNEY
U.S. MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:13-M -00906(1)

WESTERN DISTRICT OF TEXAS

(1) Juan Manuel Armenta Rodriguez

FACTS   (CONTINUED)

DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. Defendant has been previously removed from the United States to Mexico on November 9, 2012 through Del Rio, Texas, Intl Bridge. Defendant has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States. On March 03, 2013, at approximately 7:05 p.m., Border Patrol Agent Damian E. Chavez discovered foot prints of two individuals north of the border fence walking down into a reclamation ditch located north of the border fence approximately 0.5 miles west of the Fort Hancock Port of Entry in Hudspeth County, Texas. Agent Chavez relayed the description of the shoe prints and the direction of travel to other agents in the area and proceeded to follow the foot sign north. Agent Chavez located the foot prints north of the reclamation ditch and continued to follow the foot sign through the empty field north of the fence. Agent Chavez continued for about 150 yards north were he discovered the two individuals lying between the furrows in the field. Agent Chavez identified himself as a Border Patrol Agent and questioned the individuals as to their citizenship. One of the individuals, later identified as the DEFENDANT, Juan Manuel ARMENTA-Rodriguez, admitted to being a citizen of Mexico without any immigration documents allowing him to be or remain in the United States legally. The DEFENDANT's foot prints also matched the foot prints discovered near the border fence, and he further admitted to having entered the United States illegally by crossing the Rio Grande River. When Agent Chavez told the DEFENDANT to stand up with his hands on his head he was unable to due to an injury. The DEFENDANT was treated by agents and Fort Hancock EMS personnel for a broken leg and he was transported to the Del Sol Emergency Room by Fort Hancock EMS. After receiving treatment at the Del Sol Emergency Room, ARMENTA was released and transported to the Fort Hancock station for processing. The DEFENDANT was enrolled into the E3/IDENT/IAFIS system utilizing his fingerprints and photo. The system identified the DEFENDANT and revealed prior immigration and positive criminal history. The DEFENDANT was read his rights as per Form I-214 in the Spanish language, which he acknowledged that he understood by signing the form. The DEFENDANT agreed to provide a sworn statement without an attorney present and admitted to having been previously removed from the United States. Further immigration records checks revealed that the DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT was deported to MEXICO on November 9, 2012, through DEL RIO, TX, INTL BRIDGE. The DEFENDANT was deported to MEXICO on October 19, 2012, through DEL RIO, TX, INTL BRIDGE. The DEFENDANT was deported to MEXICO on August 18, 2006, through EL PASO, TX.

CRIMINAL HISTORY:
On February 9, 2001, in Oklahoma City, OK, the DEFENDANT was charged with DUI Liquor or Drugs/APCV(M), the disposition was Held. On August 25, 2001, in Oklahoma City, OK, the DEFENDANT was charged with DUI Liquor or Drugs/APCV(F), the disposition was Held. On July 5, 2006, in Deming, NM, the DEFENDANT was Convicted of Illegal Entry(M) and sentenced to 45 Days.