*JUDGE DAVID BRIONES*

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: _____ | | UNSEALED XX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: March 27, 2013 | MAG CT #: 13-M-00906 NJG | FBI #: |
| CASE NO: EP-13-CR- | ASSISTANT U.S. ATTORNEY: CARLOS G. HERMOSILLO | |
| DEFENDANT: **JUAN MANUEL ARMENTA-RODRIGUEZ** aka: **Juan Camacho** | | DOB: REDACTED |

ADDRESS: REDACTED

CITIZENSHIP: Mexican    INTERPRETER NEEDED: Yes    LANGUAGE: Spanish

DEFENSE ATTORNEY: Erik A. Hanshew    EMPLOYED ___
ADDRESS:    APPOINTED  X

DEFENDANT IS: Custody
    ADDRESS: El Paso County Detention Facility

| DATE OF ARREST: March 3, 2013 | BENCH WARRANT: NO |
|---|---|

PROBATION OFFICER:

*EP13CR0566*

NAME AND ADDRESS OF SURETY:

PROSECUTION BY: INDICTMENT

OFFENSE (Code and Description): 8:1326 - Illegal Re-Entry

OFFENSE IS: FELONY

MAXIMUM SENTENCE: $250,000/2 YRS/NOT MORE THAN 1 YR SUP RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS: CBP/PROS - Elias Contreras

WDT-Cr-3