AO 442 (Rev. 12/85) Warrant for Arrest

# TRANSFER

## United States District Court

### WESTERN DISTRICT OF TEXAS

RECEIVED
U.S. MARSHALS
2014 JUN -3 A 9: 11
WESTERN DISTRICT
OF TEXAS-EL PASO
WARRANTS DIVISION

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**JUAN MANUEL ARMENTA-RODRIGUEZ**     CASE NUMBER: EP-13-CR-566DB(1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Juan Manuel Armenta-Rodriguez___
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] Probation Violation Petition
charging him/her with

### VIOLATION OF CONDITIONS OF PROBATION

in violation of Title __18__ United States Code, Section(s) __3565__

FILED 2014 JUL 14 AM 10: 16

William G. Putnicki                            Clerk, U.S. District Court
Name of Issuing Officer                        Title of Issuing Officer

_[signature]_                                  June 2, 2014         El Paso, TX
Signature of Issuing Officer                   Date and Location

Bail fixed at $ to be determined               by___William G. Putnicki___
                                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | TRANSFER OF JURISDICTION TO: Albuquerque NM  FILED: 6/26/14 | |